**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Derek Tyrone Anderson,

Plaintiff,

v. Case No.: 8:24-cv-00045-MSS-NHA

Cognizant Technology Solutions
U.S. Corporation,

Defendant.
____________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Derek Tyrone Anderson and Defendant Cognizant Technology Solutions U.S. Corporation, pursuant to Local Rule 3.09(a), hereby provide notice that they have agreed to resolve this case in its entirety.

Dated: October 1, 2024

*/s/ Gary L. Printy, Jr.*
Gary L. Printy, Jr., Esq.
Florida Bar No.: 41956
The Printy Law Firm
5407 N. Florida Ave,
Tampa, FL 33604
Telephone: (813) 434-0649
Facsimile: (813) 423-6543
garyjr@printylawfirm.com
e-service@printylawfirm.com
*Attorney for Plaintiff*

*/s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
julie.mcdaniel@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
tricia.elam@hwhlaw.com
Fred C. Marshall, II (FBN 119284)
kip.marshall@hwhlaw.com
val.taylor@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900
*Attorneys for Defendant Cognizant*